1  PETER J. HIRSIG (State Bar No. 197993)
   DENISE J. SERRA (State Bar No. 80602)
2  MCNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
3  639 Kentucky Street, First Floor
   Fairfield, CA 94533
4  Telephone: (707) 427-3998
   Facsimile:  (707) 427-0268
5
   Attorneys for Defendant
6  SILVIA PULIDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CORDOBA,<br><br>          Plaintiff,<br><br>     vs.<br><br>SILVIA PULIDO,<br><br>          Defendant. | Case No. C 12-4857 SBA (PR)<br><br>**ORDER ON DEFENDANT SILVIA PULIDO'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT, OR OTHER DISPOSITIVE MOTION** |

Good cause appearing, Defendant Silvia Pulido's Request for Extension of Time is GRANTED. The due date of Defendant's motion for summary judgment, or other dispositive motion, is extended to and including **August 1, 2014**. Plaintiff's opposition to the motion for summary judgment shall be filed with the Court and served on Defendant no later than **twenty-eight (28) days** after the date on which Defendant's motion is filed. Defendant shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

Dated:   7/10/2014

*Sandra B. Armstrong*
The Honorable Sandra Brown Armstrong
United States District Judge

[PROPOSED] ORDER ON DEFENDANT SYLVIA PULIDO'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT, OR OTHER DISPOSITIVE MOTION