UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WILLIAM CORDOBA,

          Plaintiff,

    v.

SILVIA PULIDO,

          Defendant.

Case No. 12-cv-04857-SBA (PR)

**ORDER APPOINTING COUNSEL; REOPENING ACTION; AND SETTING CASE MANAGEMENT CONFERENCE**

Having determined that it would be beneficial to have counsel assist Plaintiff in this matter and having located volunteer counsel willing to represent Plaintiff, the Court orders as follows:

(1)    **Daniel E. Purcell, Esq. (SBN 191424) and Benjamin D. Rothstein, Esq. (SBN 295720)** of Keker & Van Nest LLP is appointed as counsel for Plaintiff in this matter, pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.  The scope of this referral shall be for:

        X   <u>all purposes</u> for the duration of the case

        ☐   the <u>limited purpose</u> of representing the litigant in the course of

            ☐   mediation

            ☐   early neutral evaluation

            ☐   settlement conference

            ☐   briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

            _____

            ☐   discovery as follows:

            _____

            ☐   other:

            _____

(2)    The Clerk of the Court shall REOPEN this action, which had previously been administratively closed pending appointment of counsel.

United States District Court
Northern District of California

United States District Court
Northern District of California

1  (3)   All further proceedings will be stayed for **four (4) weeks** from the date of

2  this Order.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono

3  Project Guidelines posted on the Court's website.

4  (4)   The parties shall appear for a telephonic Case Management Conference on

5  **Wednesday, July 6, 2016 at 2:30 p.m.**

6  (5)   At least seven (7) calendar days prior to the Case Management Conference,

7  the parties shall meet and confer and file a Joint Case Management Conference Statement

8  in accordance with Civil Local Rule 16-9.

9  (6)   Plaintiff's counsel shall be responsible for filing the Joint Case Management

10  Statement and setting up the conference call.  At the date and time indicated above,

11  Plaintiff's counsel shall call (510) 879-3550 with all parties on the line.  NO PARTY

12  SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR

13  AUTHORIZATION OF THE COURT.

14  (7)   The Clerk shall send a copy of this Order to Attorneys Purcell and Rothstein

15  at **Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.**  The

16  Clerk shall also send a copy of this Order to Plaintiff and Defendants' counsel.

17  IT IS SO ORDERED.

18  Dated:  04/29/16

19  SAUNDRA BROWN ARMSTRONG
   Senior United States District Judge

20

21

22  P:\PRO-SE\SBA\CR.12\Cordoba4857.AppointAtty&SetCMC.docx

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM CORDOBA,

        Plaintiff,

    v.

SILVIA PULIDO,

        Defendant.

Case No.  4:12-cv-04857-SBA   (DMR)

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 4/29/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William  Cordoba ID: C-49732
Correctional Training Facility
Central Facility D-Wing 238 Up
Soledad, CA 93960-0689

Daniel E. Purcell, Esq.
Benjamin D. Rothstein, Esq.
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809

Dated: 4/29/2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

United States District Court
Northern District of California